**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kyle Joseph Rake** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Mary Alice Rake** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | 16-20264 |
| (if known) | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................. | $              109,099.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $              71,240.28 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $              180,339.28 |

### Part 2:  Summarize Your Liabilities

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $              51,395.91 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $              4,377.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $              47,615.65 |
| | **Your total liabilities** | $              103,388.56 |

### Part 3:  Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $              3,823.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $              2,863.00 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Kyle Joseph Rake** | |
|---|---|---|
| Debtor 2 | **Mary Alice Rake** | |
| | the court with your other schedules. | Case number *(if known)* **16-20264** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **7,173.47**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **4,377.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |

9g. **Total.** Add lines 9a through 9f. $ **4,377.00**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Kyle Joseph Rake** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Mary Alice Rake** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **16-20264** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

**1.1**

**1516 Grelle Avenue**
Street address, if available, or other description

**Lewiston**        ID      **83501-0000**
City                State   ZIP Code

**Nez Perce**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Improved real property, used as Debtors' residence, commonly known as 1516 Grelle Avenue, City of Lewiston, County of Nez Perce, State of Idaho, particularly described as:
See Exhibit**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$109,099.00** | **$109,099.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple subject to Deed of Trust**

■ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...........................................................................=>

**$109,099.00**

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number *(if known)*   **16-20264**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Blazer** | ☐ Debtor 1 only | |
| | Year: | **2001** | ☐ Debtor 2 only | |
| | Approximate mileage: | **155,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 1516 Grelle Avenue, Lewiston ID 83501 | | ☑ Check if this is community property (see instructions) | $2,104.00   $2,104.00 |

| 3.2 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **F100** | ☐ Debtor 1 only | |
| | Year: | **1971** | ☐ Debtor 2 only | |
| | Approximate mileage: | **250,000** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 1516 Grelle Avenue, Lewiston ID 83501 | | ☑ Check if this is community property (see instructions) | $3,500.00   $3,500.00 |

| 3.3 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **D150** | ☐ Debtor 1 only | |
| | Year: | **1986** | ☐ Debtor 2 only | |
| | Approximate mileage: | **160,000** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 1516 Grelle Avenue, Lewiston ID 83501 | | ☑ Check if this is community property (see instructions) | $4,000.00   $4,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | Make: | **Bayliner/ with Trailer** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Jazz** | ☐ Debtor 1 only | |
| | Year: | **1994** | ☐ Debtor 2 only | |
| | | | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 1516 Grelle Avenue, Lewiston ID 83501 | | ☑ Check if this is community property (see instructions) | $1,445.00   $1,445.00 |

| 4.2 | Make: | **Yamaha** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **4 wheeler** | ☐ Debtor 1 only | |
| | Year: | **1987** | ☐ Debtor 2 only | |
| | | | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☑ Check if this is community property (see instructions) | $150.00   $150.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Kyle Joseph Rake** | | |
| Debtor 2 | **Mary Alice Rake** | Case number *(if known)* | **16-20264** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

| $11,199.00 |

| **Part 3:** | **Describe Your Personal and Household Items** |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Dishes $25, silverware $5, pots, pans, etc $15, canisters and other food storage containers, etc $10,  2 ranges $100, freezer $100, refrigerator $150, dishwasher $100, clothes washer $400, clothes dryer $300, microwave $25, toaster $5, coffee maker $5, vacuum cleaner $60, 3 mirrors $15,  dining table and chairs $300, 2 sofa/loveseats $200, 3 chairs $30, lamp $10, desk $20, 3 curtains $10, cleaning supplies $30, linens, towels, sheets, etc $20, air conditioner $25, fan $10,  2 dressers $50, chest of drawers $20, 2 beds $100, 2 night stands $20, luggage $10, garbage cans $20, pipe wrench $20, 25 other wrenches $30, 3 drills $70, 3 saws $70, 4 tool  boxes with tools $300, 2 chain saws $75, circular saw $30, jig saw $10, 2 chain saws $70, other saw $50, weedeater $30, 6 hammers $15, 20 screwdrivers $15, 4 crescent wrenches $20, pipe wrench $10, other wrenches $50, 2 drills $40, 3 saws $100, 2 hoses $5, 2 sprinklers $5, lawn table $10, 6 lawn chairs $12, 2 BBQ grills $60, 2 rakes $10, 3 shovels $15. | $3,312.00 |

| 2 Deer Mounts $200, Cougar rug $300 | $400.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| TV $200, other TV's $200, VCR, DVD player $50, other DVD, VCR player $10, stereo $10, 2 cameras $600, iPad/tablet $50, computer $200, X-Box game system $50, vinyl records, audio and video tapes, compact discs., $30 | $1,400.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| Family photos $10, 4 "Wal-Mart Art" $40, | $50.00 |

| Books | $25.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Kyle Joseph Rake** | | |
|---|---|---|---|
| Debtor 2 | **Mary Alice Rake** | Case number *(if known)* | **16-20264** |

| | |
|---|---|
| Archery equipment $100,tents $20, sleeping bags $20, cook stove $25, tables $10, | $175.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| Hunting gun : Henry 17 HMR | $350.00 |

| | |
|---|---|
| Para 45 Pistol  $600 | $600.00 |

| | |
|---|---|
| Taurus Judge Pistol $250,   10-22 Rifle $200 | $450.00 |

| | |
|---|---|
| 25 round of  ammunniton $10 for Henry 17 HMR, 5 rounds of ammunition $5 and 100 rounds of ammunition  for Para 45 Pistol $60 and 100 rounds of ammunition for 22 Rifle $20 | $95.00 |

| | |
|---|---|
| Stw-38 Special | $250.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| Clothing , coats, shoes, etc | $300.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| Jewelry - wedding set | $200.00 |

| | |
|---|---|
| Jewelry- wedding set $700, 4 other rings $150, 3 necklaces $100 | $950.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| 2 dogs | $100.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes.  Give specific information.....

| | |
|---|---|
| 15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................................ | $8,657.00 |

| Debtor 1 | **Kyle Joseph Rake** | | |
|---|---|---|---|
| Debtor 2 | **Mary Alice Rake** | Case number *(if known)* | **16-20264** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes.........................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes......................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking and savings** | **Umpqua Bank #6511  (AMENDED 5/6/2016)** | **$556.67** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................    Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Retirement through employment with Fidelity** | **$34,229.61** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Kyle Joseph Rake** | | |
|---|---|---|---|
| Debtor 2 | **Mary Alice Rake** | Case number *(if known)* | **16-20264** |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| Wages earned but not received | $1,534.37 |
|---|---|

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance through employment ( $90,000 policy)** | **Mary Rake** | **$1.00** |
| **Term Life Insurance through employment for dependent spouse ($25,000 policy)** | **Kyle Rake** | **$1.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

| Debtor 1 | **Kyle Joseph Rake** | | |
|---|---|---|---|
| Debtor 2 | **Mary Alice Rake** | Case number *(if known)* | **16-20264** |

■ Yes. Describe each claim.........

| | |
|---|---|
| Workmans Compensation, regarding  personal injury at work, through attorney Caldwell Law Group, PLLC (actual dollar amount unknown)  (AMENDED 5/6/2016) | **$1.00** |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

**35.  Any financial assets you did not already list**

☐ No

■ Yes. Give specific information..

| | |
|---|---|
| USW HRA Fund | **$14,460.63** |

| | |
|---|---|
| Health FSA through employment | **$600.00** |

**36.   Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................................................................**    **$51,384.28**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.  Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.   Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**    **$0.00**

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**

Case number *(if known)*    **16-20264**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................ | | **$109,099.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$11,199.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,657.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$51,384.28** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54**    + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$71,240.28** | Copy personal property total    **$71,240.28** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$180,339.28** |

**Summary: RPL00810030030**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Name**
RAKE KYLE J

**Mailing Address**
1516 GRELLE AVE
LEWISTON, ID 83501

**Property Address**
1516 B GRELLE AVE
Lewiston, ID 83501

1516 GRELLE AVE
Lewiston, ID 83501

**Legal**
811.3-515.03
LEWISTON ORCHARDS;
E30' OF N110' OF N324'   3  $1.

**Old Parcel #s**

**2016**

Tax Code Area 104

Appraiser: WHA

Effective: 3/1/1998         Exp/Rev: 1/1/0001

| Cat | Sheet | RY | Quantity | Units | Market Value | HO Value | HO Exemption | CB Value | Other Exemption |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 1 | 2013 | 0.337 | AC | $27,500.00 | $13,750.00 | $6,875.00 | $0.00 | $0.00 |
| 41 | 1 | 2015 | 0.000 | | $81,599.00 | $72,169.00 | $36,085.00 | $0.00 | $0.00 |
| | | **Totals:** | **0.337** | | **$109,099.00** | **$85,919.00** | **$42,960.00** | **$0.00** | **$0.00** |

**Zoning:** R2A
**Imap #:** 27-A
**Imap Year:** 2014
**Parcel Type:** 99
**Location Code:** 3135
**Ag Exempt?** No

**Deed References**

| 101-40 | 682963 | 12/20/2002 |
|---|---|---|
| 101-40 | 684331 | 9/17/1997 |
| 101-40 | 818786 | 1/22/1997 |
| 101-40 | 815597 | 12/10/1996 |
| 101-40 | 815533 | 12/6/1996 |

**Related Parcels**

**Comments**

**Tax Specials**

| Homeowners | Applicant | Applied | Disallowed | Full % | |
|---|---|---|---|---|---|
| | RAKE KYLE J | 3/10/2003 | None | No | HO ON HSE 1 OF 2 |

**Parcel # Changes**

| | Comments |
|---|---|
| Before | After |

HO ON HSE 1 OF 2

* In progress or not valid

EXHIBIT

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kyle Joseph Rake** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mary Alice Rake** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | 16-20264 |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Improved real property, used as Debtors residence, commonly known as 1516 Grelle Avenue, City of Lewiston, County of Nez Perce, State of Idaho, particularly described as:**<br><br>**See Exhibit**<br>Line from *Schedule A/B*: **1.1** | $109,099.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 55-1001, 55-1002, 55-1003** |
| **1971 Ford F100 250,000 miles Location: 1516 Grelle Avenue, Lewiston ID 83501**<br>Line from *Schedule A/B*: **3.2** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(3)** |
| **1986 Dodge D150 160,000 miles Location: 1516 Grelle Avenue, Lewiston ID 83501**<br>Line from *Schedule A/B*: **3.3** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(3)** |
| **1994 Bayliner/ with Trailer Jazz Location: 1516 Grelle Avenue, Lewiston ID 83501**<br>Line from *Schedule A/B*: **4.1** | $1,445.00 | ■ $725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor 1 | **Kyle Joseph Rake** | | |
|---|---|---|---|
| Debtor 2 | **Mary Alice Rake** | Case number (if known) | **16-20264** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Dishes $25, silverware $5, pots, pans, etc $15, canisters and other food storage containers, etc $10,  2 ranges $100, freezer $100, refrigerator $150, dishwasher $100, clothes washer $400, clothes dryer $300, microwave $25, toaster $5, coffee maker $5, vac**<br>Line from *Schedule A/B*: **6.1** | $3,312.00 | ■ $3,312.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **2 Deer Mounts $200, Cougar rug $300**<br>Line from *Schedule A/B*: **6.2** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **TV $200, other TV's $200, VCR, DVD player $50, other DVD, VCR player $10, stereo $10, 2 cameras $600, iPad/tablet $50, computer $200, X-Box game system $50, vinyl records, audio and video tapes, compact discs., $30**<br>Line from *Schedule A/B*: **7.1** | $1,400.00 | ■ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Family photos $10, 4 "Wal-Mart Art" $40,**<br>Line from *Schedule A/B*: **8.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Books**<br>Line from *Schedule A/B*: **8.2** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Archery equipment $100,tents $20, sleeping bags $20, cook stove $25, tables $10,**<br>Line from *Schedule A/B*: **9.1** | $175.00 | ■ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **Hunting gun : Henry 17 HMR**<br>Line from *Schedule A/B*: **10.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Para 45 Pistol  $600**<br>Line from *Schedule A/B*: **10.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Taurus Judge Pistol $250,   10-22 Rifle $200**<br>Line from *Schedule A/B*: **10.3** | $450.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **Stw-38 Special**<br>Line from *Schedule A/B*: **10.5** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |

| Debtor 1 | Kyle Joseph Rake | | | |
|---|---|---|---|---|
| Debtor 2 | Mary Alice Rake | | Case number (if known) | 16-20264 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothing , coats, shoes, etc**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ | $300.00 | **Idaho Code § 11-605(1)(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry - wedding set**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ | $200.00 | **Idaho Code § 11-605(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry- wedding set $700, 4 other rings $150, 3 necklaces $100**<br>Line from *Schedule A/B*: **12.2** | $950.00 | ■ | $950.00 | **Idaho Code § 11-605(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 dogs**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ | $100.00 | **Idaho Code § 11-605(1)(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **401(k): Retirement through employment with Fidelity**<br>Line from *Schedule A/B*: **21.1** | $34,229.61 | ■ | 100% | **Idaho Code § 11-604A** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Wages earned but not received**<br>Line from *Schedule A/B*: **30.1** | $1,534.37 | ■ | $1,150.78 | **Idaho Code § 11-207** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Term Life Insurance through employment ( $90,000 policy) Beneficiary: Mary Rake**<br>Line from *Schedule A/B*: **31.1** | $1.00 | ■ | 100% | **Idaho Code § 11-605(9)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Term Life Insurance through employment for dependent spouse ($25,000 policy) Beneficiary: Kyle Rake**<br>Line from *Schedule A/B*: **31.2** | $1.00 | ■ | 100% | **Idaho Code § 11-605(9)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Workmans Compensation, regarding personal injury at work,  through attorney Caldwell Law Group, PLLC (actual dollar amount unknown) (AMENDED 5/6/2016)**<br>Line from *Schedule A/B*: **33.1** | $1.00 | ■ | 100% | **Idaho Code § 11-604(1)(c)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **USW HRA Fund**<br>Line from *Schedule A/B*: **35.1** | $14,460.63 | ■ | 100% | **Idaho Code § 11-603(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Health FSA through employment**<br>Line from *Schedule A/B*: **35.2** | $600.00 | ■ | $600.00 | **Idaho Code § 11-603(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Kyle Joseph Rake** | | |
|----------|-----------------------|--|--|
| Debtor 2 | **Mary Alice Rake** | Case number (if known) | **16-20264** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kyle Joseph Rake** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mary Alice Rake** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | 16-20264 | | |
| (if known) | | | |

■ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Idaho State Tax Commission** | | | |
| | Priority Creditor's Name | | | |

| | |
|---|---|
| **2.1** **Idaho State Tax Commission** Priority Creditor's Name **POB 36** **Boise, ID 83722-0410** Number Street City State Zip Code **Who incurred the debt?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ■ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ■ Check if this claim is for a community debt **Is the claim subject to offset?** ■ No ☐ Yes | Last 4 digits of account number  **1297**    Total claim **$864.00**    Priority amount **$864.00**    Nonpriority amount **$0.00** When was the debt incurred?  **2015** **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed **Type of PRIORITY unsecured claim:** ☐ Domestic support obligations ■ Taxes and certain other debts you owe the government ☐ Claims for death or personal injury while you were intoxicated ☐ Other. Specify   **2014 Personal taxes** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    48006                    Best Case Bankruptcy

Debtor 1   **Kyle Joseph Rake**

Debtor 2   **Mary Alice Rake**

Case number (*if know*)   **16-20264**

| 2.2 | **Idaho State Tax Commission** | Last 4 digits of account number   **1297** | **$253.00** | **$253.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**POB 36**

**Boise, ID 83722-0410**

Number Street City State Zip Code

**When was the debt incurred?   2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2015 Personal taxes**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number   **1297** | **$2,268.00** | **$2,268.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**POB 7346**

**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?   2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2014 Personal taxes**

---

| 2.4 | **Internal Revenue Service** | Last 4 digits of account number   **1297** | **$992.00** | **$992.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**POB 7346**

**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?   2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2015 Personal taxes**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| Debtor 1 | **Kyle Joseph Rake** | | |
|---|---|---|---|
| Debtor 2 | **Mary Alice Rake** | Case number (if know) | **16-20264** |

| | | | Total claim |
|---|---|---|---|

**4.1** | **Audit Adjustments Co, Inc**
Nonpriority Creditor's Name

**POB 1959**
**Lynnwood, WA 98046-1959**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7231**                          **$49.02**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re: Cellnetix Pathology #633.1**

---

**4.2** | **Audit Adjustments Co, Inc**
Nonpriority Creditor's Name

**POB 1959**
**Lynnwood, WA 98046-1959**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **6848**                          **$75.02**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re Cellnetix Pathology**

---

**4.3** | **Bonneville Collections**
Nonpriority Creditor's Name

**6026 Fashion Point Dr**
**Ogden, UT 84403**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5851**                          **$24.77**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re HealthSource Partners LLC**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| 4.4 | **Bonneville Collections** | Last 4 digits of account number | **5852** | $14.36 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6026 Fashion Point Dr**
**Ogden, UT 84403**

When was the debt incurred?   **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collections re: HealthSource Partners LLC**

---

| 4.5 | **Caldwell  Law Group, PLLC** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 607**
**Lewiston, ID 83501**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only  (AMENDED 5/6/2016)**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **2713** | $1,881.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?   **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| 4.7 | **Capital One** | Last 4 digits of account number | **2343** | $720.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.8 | **Chapman Financial Serv., INC** | Last 4 digits of account number | **5900** | $3,343.00 |

Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**

When was the debt incurred?   **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re: Couer D'Alene Spine ( CV15-01276)**

---

| 4.9 | **Chapman Financial Serv., INC** | Last 4 digits of account number | **9414** | $967.00 |

Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re:  Tri State Mem Hospital ( CV15-01276)**

---

Debtor 1  **Kyle Joseph Rake**
Debtor 2  **Mary Alice Rake**

Case number (*if know*)  **16-20264**

---

| 4.1 0 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**  **0991**                    **$796.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

| 4.1 1 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**  **5824**                    **$730.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

| 4.1 2 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**  **6971**                    **$624.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**

Case number *(if know)*   **16-20264**

---

| 4.1 3 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State ZIp Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **1179**                                    **$579.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collections re: Tri State Mem Hospital   ( CV15-01276)**

---

| 4.1 4 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State ZIp Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **6098**                                    **$520.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collections re: Tri State Mem Hospital**

---

| 4.1 5 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State ZIp Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **6097**                                    **$406.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collections re: Tri State Mem Hospital   ( CV15-01276)**

---

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**

Case number (if know)    **16-20264**

---

**4.16**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0522**                                    **$321.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections re: Tri State Mem Hospital**

---

**4.17**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6741**                                    **$176.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

**4.18**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2636**                                    **$134.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| 4.1 9 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **9949**                     **$129.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re: John W Morrison**

---

| 4.2 0 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **0220**                     **$124.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re: Tri State Mem Hospital   ( CV15-01276)**

---

| 4.2 1 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2168**                     **$121.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re: Pathologist S Regional Lab ( CV15-01276)**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| **4.2 2** | **Chapman Financial Serv., INC** | Last 4 digits of account number | **2139** | **$106.00** |

Nonpriority Creditor's Name

**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections re: Pathologist S Regional Lab ( CV15-01276)**

---

| **4.2 3** | **Chapman Financial Serv., INC** | Last 4 digits of account number | **0160** | **$100.00** |

Nonpriority Creditor's Name

**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

| **4.2 4** | **Chapman Financial Serv., INC** | Last 4 digits of account number | **3787** | **$98.00** |

Nonpriority Creditor's Name

**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections re:  River City Anesthesia  ( CV15-01276)**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**

Case number (if know)    **16-20264**

---

| 4.2 5 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**

Nonpriority Creditor's Name

**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **8866**    **$95.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

| 4.2 6 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**

Nonpriority Creditor's Name

**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **5826**    **$92.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections re: Tri State Mem Hospital  ( CV15-01276)**

---

| 4.2 7 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**

Nonpriority Creditor's Name

**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **9894**    **$83.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections re: Pathologist S Regional Lab ( CV15-01276)**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

**4.28**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **2415**                          **$70.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collections re: Pathologist S Regional Lab ( CV15-1276)**

---

**4.29**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **6446**                          **$67.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collections re: Pathologist S Regional Lab ( CV15-1276)**

---

**4.30**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **2499**                          **$60.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collections re:  Klemp Optometry ( CV15-1276)**

---

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**

Case number *(if know)*    **16-20264**

---

**4.3
1**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zlp Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **4715**                    **$51.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collections re: Klemp Optometry ( CV15-01276)**

---

**4.3
2**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zlp Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **2176**                    **$48.20**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment re: Tri State Memorial Hospital**

---

**4.3
3**

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name
**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zlp Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **2176**                    **$9.77**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment re Twin Cities Radology**

---

Debtor 1  **Kyle Joseph Rake**
Debtor 2  **Mary Alice Rake**

Case number (*if know*)  **16-20264**

---

| 4.3 4 | | | |
|---|---|---|---|

**Chapman Financial Serv., INC**
Nonpriority Creditor's Name

**316 N 4th St**
**POB 7100**
**Coeur D Alene, ID 83816-1940**
Number Street City State Zlp Code

Last 4 digits of account number  **2176**    $33.54

When was the debt incurred?  **2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Judgment re: Tri State Memorial Hospital**

---

| 4.3 5 | | | |
|---|---|---|---|

**Chapman Financial Services**
Nonpriority Creditor's Name

**of Washington, INC**
**POB 14693**
**Spokane, WA 99214-0693**
Number Street City State Zlp Code

Last 4 digits of account number  **8613**    $269.00

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections re:Twin Cities Radiology  ( CV15-01276)**

---

| 4.3 6 | | | |
|---|---|---|---|

**Chapman Financial Services**
Nonpriority Creditor's Name

**of Washington, INC**
**POB 14693**
**Spokane, WA 99214-0693**
Number Street City State Zlp Code

Last 4 digits of account number  **1170**    $117.00

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections re: Dr Greggain Mackay**

---

| | |
|---|---|
| Debtor 1 **Kyle Joseph Rake** | |
| Debtor 2 **Mary Alice Rake** | |
| | Case number (if know)   **16-20264** |

---

| 4.3 7 | **Chapman Financial Services** | Last 4 digits of account number   **6668** | **$31.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**of Washington, INC**
**POB 14693**
**Spokane, WA 99214-0693**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections re: Tri State Mem Hospital   ( CV15-01276)**

---

| 4.3 8 | **Chapman Law Office, PLLC** | Last 4 digits of account number   **1276** | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Michael R. Chapman, atty**
**POB 1600**
**Coeur D Alene, ID 83816**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible claim regarding Chapman Financial Services  Judgment (actual dollar amount unknown)**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Kyle Joseph Rake**
Debtor 2  **Mary Alice Rake**

Case number (if know)  **16-20264**

---

| 4.39 | | | |
|------|--|--|--|

**Credit Bureau of**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **3237**                    $13,538.00

**When was the debt incurred?**  **2015**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collections re: Oral  Facial Surgery (CV15-02168)**

---

| 4.40 | | | |
|------|--|--|--|

**Credit Bureau of**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **7465**                    $1,978.00

**When was the debt incurred?**  **2012**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collections re: St Joseph Rmc**

---

| 4.41 | | | |
|------|--|--|--|

**Credit Bureau of**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **5279**                    $1,373.00

**When was the debt incurred?**  **2011**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collections re: St Joseph Rmc**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| **4.4 2** | **Credit Bureau of** | Last 4 digits of account number   **7083** | **$1,247.00** |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State ZIp Code

When was the debt incurred?   **2011**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections re: St Joseph Rmc (CV15-02168)**

---

| **4.4 3** | **Credit Bureau of** | Last 4 digits of account number   **4608** | **$1,058.00** |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State ZIp Code

When was the debt incurred?   **2010**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections re: St Joseph Rmc - Special Accts**

---

| **4.4 4** | **Credit Bureau of** | Last 4 digits of account number   **6140** | **$891.00** |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State ZIp Code

When was the debt incurred?   **2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collections re: St Joseph Rmc**

---

Debtor 1  **Kyle Joseph Rake**
Debtor 2  **Mary Alice Rake**

Case number *(if know)*  **16-20264**

---

| 4.4 5 | **Credit Bureau of** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State ZIp Code

Last 4 digits of account number  **5406**                    **$795.00**

When was the debt incurred?  **2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collectios re: Lewiston Orthopaedic Assoc.**

---

| 4.4 6 | **Credit Bureau of** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State ZIp Code

Last 4 digits of account number  **0924**                    **$632.00**

When was the debt incurred?  **2015**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections re: St Joseph Rmc (CV15-02168)**

---

| 4.4 7 | **Credit Bureau of** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State ZIp Code

Last 4 digits of account number  **2086**                    **$472.00**

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections re: St Joseph Rmc**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| 4.4 8 | | | |
|---|---|---|---|

**Credit Bureau of**

Nonpriority Creditor's Name

**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4192**                    **$412.00**

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collections re:  Valley Anesthesia Billing Svc (CV15-02168)**

---

| 4.4 9 | | | |
|---|---|---|---|

**Credit Bureau of**

Nonpriority Creditor's Name

**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **1194**                    **$238.00**

**When was the debt incurred?**   **2010**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collections re:  Reed Dr Gregory T**

---

| 4.5 0 | | | |
|---|---|---|---|

**Credit Bureau of**

Nonpriority Creditor's Name

**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **0558**                    **$228.00**

**When was the debt incurred?**   **2012**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collections re: St Joseph RMC (CV15-02168)**

---

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**

Case number (if know)    **16-20264**

---

| 4.5 1 | **Credit Bureau of** | | Last 4 digits of account number | **1798** | | $130.00 |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

When was the debt incurred?    **2012**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections re: Valley Medical Center Pllc**

---

| 4.5 2 | **Credit Bureau of** | | Last 4 digits of account number | **6585** | | $120.00 |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

When was the debt incurred?    **2011**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections re:  Lewis  Clark Orthopaedic Ins**

---

| 4.5 3 | **Credit Bureau of** | | Last 4 digits of account number | **5175** | | $95.00 |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

When was the debt incurred?    **2011**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections re: Perez William J Dmd**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**                                       Case number (if know)   **16-20264**

| 4.5 4 | | | |
|---|---|---|---|

**Credit Bureau of**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **9933**              **$95.00**

When was the debt incurred?   **2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Collections re: St Joseph Rmc (CV15-02168)**

---

| 4.5 5 | | | |
|---|---|---|---|

**Credit Bureau of**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **8773**              **$79.00**

When was the debt incurred?   **2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Collections re:  Valley Medical Center Pllc**

---

| 4.5 6 | | | |
|---|---|---|---|

**Credit Bureau of**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **2097**              **$74.00**

When was the debt incurred?   **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Collections re: St Joseph Rmc (CV15-02168)**

---

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**                                          Case number (if know)    **16-20264**

---

**4.57**    **Credit Bureau of**                    Last 4 digits of account number    **6647**                    **$71.00**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**                     When was the debt incurred?    **2016**

Number Street City State Zip Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                             ☐ Contingent

■ Debtor 1 only                             ☐ Unliquidated

☐ Debtor 2 only                             ☐ Disputed

☐ Debtor 1 and Debtor 2 only               **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another   ☐ Student loans

☐ **Check if this claim is for a community** ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                     report as priority claims

Is the claim subject to offset?             ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                        **Collections re: Mikes Mechanical Services**
                                            ■ Other. Specify **Llc**
☐ Yes

---

**4.58**    **Credit Bureau of**                    Last 4 digits of account number    **1142**                    **$56.00**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**                     When was the debt incurred?    **2015**

Number Street City State Zip Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                             ☐ Contingent

■ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community** ☐ Student loans
**debt**
                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       **Collections re: Clearwater**
                                            ■ Other. Specify **Gastroenterology**

---

**4.59**    **Credit Bureau of**                    Last 4 digits of account number    **8964**                    **$55.00**

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**                     When was the debt incurred?    **2011**

Number Street City State Zip Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                             ☐ Contingent

■ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community** ☐ Student loans
**debt**
                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify **Collections re: Valley Medical Center Pllc**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number *(if know)*   **16-20264**

---

| 4.6 0 | **Credit Bureau of** | | Last 4 digits of account number | **6569** | | **$41.00** |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State Zip Code

When was the debt incurred?   **2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collections re: St Joseph Medical Group (CV15-02168)**

---

| 4.6 1 | **Credit Bureau of** | | Last 4 digits of account number | **7464** | | **$36.00** |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State Zip Code

When was the debt incurred?   **2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collections re: St Joseph Rmc (CV15-02168)**

---

| 4.6 2 | **Credit Bureau of** | | Last 4 digits of account number | **4414** | | **$35.00** |

Nonpriority Creditor's Name
**Lewiston Clarkston**
**1324 Idaho St**
**Lewiston, ID 83501**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collections re:  Gould Lee W Md**

---

| Debtor 1 | **Kyle Joseph Rake** |
|----------|----------------------|
| Debtor 2 | **Mary Alice Rake** |

Case number (*if know*)    **16-20264**

---

| 4.6 3 | **Credit Bureau of Lewiston** | Last 4 digits of account number | **4478** | | **$270.27** |

Nonpriority Creditor's Name
**Clarkston**
**POB 777**
**Lewiston, ID 83501**

When was the debt incurred?    **2015**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections re Valley Medical Center**

---

| 4.6 4 | **Credit Management, LP** | Last 4 digits of account number | **1984** | | **$98.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 118288**
**Carrolton, TX 75011**

When was the debt incurred?    **2013**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collections re: Centurylink**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| 4.6 5 | | | |
|---|---|---|---|

**Doug Phelps**

Last 4 digits of account number   **1667**                                        **$1.00**

Nonpriority Creditor's Name

**Attorney at Law**
**8817 E Mission, Ste 101**
**Spokane, WA 99212**

When was the debt incurred?   **2015**

Number City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Possible claim regarding Peterson Enterprises Inc Dba Valley Empire Collection complaint (actual dollar amount unknown)**

☐ Yes                    ■ Other. Specify

---

| 4.6 6 | | | |
|---|---|---|---|

**Fidelity Investments**

Last 4 digits of account number   _____                                **$8,067.80**

Nonpriority Creditor's Name

**Institution Operations Comp**
**82 Devonshire St**
**Boston, MA 02109**

When was the debt incurred?   **2015**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ■ Other. Specify   **Loan against 401K retirement account**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| | | | |
|---|---|---|---|
| **4.6 7** | **Homeq** | Last 4 digits of account number   **1117** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department
1100 Corporate Center
Raleigh, NC 27607**
Number Street City State Zip Code

When was the debt incurred?   **2005**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Notice only**

---

| | | | |
|---|---|---|---|
| **4.6 8** | **Knowlton & Miles** | Last 4 digits of account number   **2168** | **$1.00** |

Nonpriority Creditor's Name
**C/O Richard M Cuddihy, Atty
PO Drawer 717
Lewiston, ID 83501**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Possible claim regarding Credit Bureau of Lewiston Clarkston Judgment (actual dollar amount unknown)**

---

| | | | |
|---|---|---|---|
| **4.6 9** | **Les Schwab** | Last 4 digits of account number   **4506** | **$0.00** |

Nonpriority Creditor's Name
**Po Box 5350
Bend, OR 97708**
Number Street City State Zip Code

When was the debt incurred?   **2006**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Notice only**

---

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

---

| 4.7 0 | **Merchants Credit Adjusters** | Last 4 digits of account number | **0991** | **$405.23** |

Nonpriority Creditor's Name
**Twenty Five D Building**
**4005 SOuth 148th St**
**Omaha, NE 68137-5561**
Number Street City State Zlp Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **COllections re: Atherotech Diagnostics Lab**

---

| 4.7 1 | **Moneytree Inc** | Last 4 digits of account number | | **$600.00** |

Nonpriority Creditor's Name
**POB 58363**
**Seattle, WA 98138-1363**
Number Street City State Zlp Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Loan**

---

| 4.7 2 | **MST Financial Solutions** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**417 E Indiana Ave**
**Coeur D Alene, ID 83814**
Number Street City State Zlp Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only re Judgment CV15-02176**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Kyle Joseph Rake**
Debtor 2   **Mary Alice Rake**

Case number (*if know*)   **16-20264**

---

| 4.7 3 | | | | |
|---|---|---|---|---|

**Peterson Enterprises**

Last 4 digits of account number _____          $0.00

Nonpriority Creditor's Name

**Aka Valley Empire Collection
621 W Mallon, Ste 603
Spokane, WA 99201**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only** _____

---

| 4.7 4 | | | | |
|---|---|---|---|---|

**St Joseph Medical Group**

Last 4 digits of account number   **8050**          $15.00

Nonpriority Creditor's Name

**Physician Bus Office
341 St Johns Way
Lewiston, ID 83501**

When was the debt incurred?   **2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical services** _____

---

| 4.7 5 | | | | |
|---|---|---|---|---|

**St Joseph Regional Med Group**

Last 4 digits of account number   **1095**          $289.20

Nonpriority Creditor's Name

**415 6th St
Lewiston, ID 83501**

When was the debt incurred?   **2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical services** _____

---

Debtor 1    **Kyle Joseph Rake**
Debtor 2    **Mary Alice Rake**

Case number (if know)    **16-20264**

---

| 4.7 6 | **St Joseph Regional Med Group** | Last 4 digits of account number **5622** | $32.92 |
|---|---|---|---|

Nonpriority Creditor's Name
**415 6th St**
**Lewiston, ID 83501**

When was the debt incurred?    **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical services**

---

| 4.7 7 | **Tri State Hospital** | Last 4 digits of account number **4854** | $767.55 |
|---|---|---|---|

Nonpriority Creditor's Name
**1100 Highland Ave**
**POB 189**
**Clarkston, WA 99403**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical services**

---

| 4.7 8 | **Valley Empire Collection** | Last 4 digits of account number **2780** | $253.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**POB 141248**
**Spokane, WA 99214**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections re: Phoenix Radiology Pllc**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1   **Kyle Joseph Rake**

Debtor 2   **Mary Alice Rake**

Case number (if know)   **16-20264**

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | |
|---|---|
| **Atherotech Diagnostic Lab**<br>**12129 NM-14 #12**<br>**Cedar Crest, NM 87008** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Cellnetix Pathology Lab**<br>**POB 120153**<br>**Grand Rapids, MI 49528-0103** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **CenturyLink, Inc**<br>**C/O Ct Corporatrion Sys**<br>**505 Union Ave S E, Ste 120**<br>**Olympia, WA 98501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.64** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Clearwater Gastroenterology**<br>**2517 17th St B**<br>**Lewiston, ID 83501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Coeur D'Alene Spine**<br>**3320 Grand Mill Lane**<br>**Coeur D Alene, ID 83814** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Dr Gregory Mackay**<br>**1267 Belmont Way**<br>**Clarkston, WA 99403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Dr Gregory T Reed**<br>**210 Thain Rd**<br>**Lewiston, ID 83501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.49** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Healthsource Partners**<br>**POB 96752**<br>**Oklahoma City, OK 73143-6752** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **John W Morrison**<br>**2301 W A St,**<br>**Moscow, ID 83843** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Klemp Optometry**<br>**1910 Idaho St,**<br>**Lewiston, ID 83501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Lee W Gould, MD**<br>**3087 St John's Way**<br>**Lewiston, ID 83501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Debtor 1  **Kyle Joseph Rake**
Debtor 2  **Mary Alice Rake**

Case number (if know)    **16-20264**

---

Name and Address
**Lewis Clark Orthopaedic
Institute
320 Warner Ave
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lewiston Ortho Assoc
320 Warner Dr
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.45** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Mike Mechanical Services LLC
3504  9th St
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Money Tree
113 Thain Road
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Oral Facial Surgery
3326 4th St, Ste 2I
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pathologists Regional Lab
POB 6015
Cypress, CA 90630-0015**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pathologists Regional Lab
POB 956
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Phoenix Radiology PLLC
531 4th Ave
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.78** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**River City Anesthesia
1593 East Polston Avenue,
Post Falls, ID 83854**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**St Joseph Regional Med Ctr
POB 816
Lewiston, ID 83501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tri State Hospital
1100 Highland Ave
POB 189
Clarkston, WA 99403**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1  **Kyle Joseph Rake**
Debtor 2  **Mary Alice Rake**

Case number (if know)  **16-20264**

| | |
|---|---|
| **Twin City Radiology**<br>**1254 Highland**<br>**Clarkston, WA 99403** | Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Valley Anesthesia PA**<br>**PO Box 94743**<br>**Seattle, WA 98124-2787** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.48** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Valley Medical Center**<br>**2315 8th St**<br>**Lewiston, ID 83501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**William Perez, DMD**<br>**1606 17th St**<br>**Lewiston, ID 83501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.53** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 4,377.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 4,377.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 47,615.65 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 47,615.65 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kyle Joseph Rake** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mary Alice Rake** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | **16-20264** | | |
| (if known) | | | |

■ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Kyle Joseph Rake** | X **/s/ Mary Alice Rake** |
|---|---|
| **Kyle Joseph Rake** | **Mary Alice Rake** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May 9, 2016** | Date **May 9, 2016** |

## United States Bankruptcy Court
### District of Idaho

In re    **Kyle Joseph Rake**
**Mary Alice Rake**

         Debtor(s)

Case No.   **16-20264**

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED 5/6/2016

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **May 9, 2016**

**/s/ Kyle Joseph Rake**
**Kyle Joseph Rake**
Signature of Debtor

Date:   **May 9, 2016**

**/s/ Mary Alice Rake**
**Mary Alice Rake**
Signature of Debtor